AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HULL, FRANK M. | U.S.CT OF APPEALS-11TH CIRCUIT | 04/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CT OF APPEALS JUDGE-SENIOR | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▓▓▓▓▓▓▓▓ salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America, NA | Mortgage loan secured by GP real estate (Section VII, line 184) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.　Undev. Real Estate: Henry Cty, GA | | None | K | W | | | | | |
| 2.　Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | |
| 3.　Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | |
| 4.　Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5.　MERRILL LYNCH ACCT (with following) (H): | | | | | | | | | |
| 6.　-CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 7.　-ML Bank Deposit Program (Cash Acct) | A | Interest | J | T | | | | | |
| 8.　-Preferred Deposit (Cash Acct) | A | Interest | L | T | | | | | |
| 9.　MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 10.　-Bank of America (Cash Acct) | A | Interest | K | T | | | | | |
| 11.　-Berkshire Bk (CD) | B | Interest | | | Redeemed | 01/30/20 | M | A | |
| 12.　-Morgan Stanley Private (CD) | B | Interest | M | T | Buy | 02/06/20 | M | | |
| 13.　-MUTUAL FUNDS (H): | | | | | | | | | |
| 14.　-Altegris Managed Futures (MFTIX) | | None | | | Sold | 04/06/20 | J | A | |
| 15.　-AQR Diversified (ADAIX) | A | Dividend | J | T | | | | | |
| 16.　-Arbitrage Funds (ARBNX) | A | Dividend | J | T | | | | | |
| 17.　-Blackrock Global (BGCIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Blackrock Strategic | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 19.  -Driehaus Emerging Mkts (DRESX) | A | Dividend | J | T | | | | | |
| 20.  -Driehaus Active Income Fund (LCMAX) | A | Dividend | | | Sold | 06/18/20 | J | A | |
| 21.  -First Eagle Gold Mutual Fund | A | Dividend | K | T | | | | | |
| 22.  -Gotham Absolute Return (GARIX) | | None | J | T | | | | | |
| 23.  -JP Morgan Strategic (JSOSX) | A | Dividend | J | T | | | | | |
| 24.  -Neuberger Berman Long (NLSIX) | A | Dividend | J | T | | | | | |
| 25.  -Pimco All Asset (PAUPX) | A | Dividend | J | T | | | | | |
| 26.  -VanGuard Intermediate Term Bond | A | Dividend | K | T | | | | | |
| 27.  -VanGuard Short Term Bond | A | Dividend | K | T | | | | | |
| 28.  -Wells Fargo Adv Absolute (WABIX) | A | Dividend | J | T | | | | | |
| 29.  -STOCKS (H): | | | | | | | | | |
| 30.  -Genl Dynamics Corp (GD) | A | Dividend | J | T | | | | | |
| 31.  -Occidental Pete Corp (OXY) | A | Dividend | J | T | | | | | |
| 32.  MERRILL LYNCH-ACCT #2 (with following) (H): | | | | | | | | | |
| 33.  CDs/CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 34.  -ML Bank Deposit Program (Cash Account) | A | Interest | O | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Preferred Deposit (Cash Account) | A | Interest | K | T | | | | | |
| 36.  -Bank Of India (CD) | | None | M | T | Buy | 06/17/20 | M | | |
| 37.  -Bank of China (CD) | | None | M | T | Buy | 06/17/20 | L | | |
| 38.  -Morgan Stanley Pvt Bk (CD) | C | Interest | M | T | | | | | |
| 39.  -Morgan Stanley Bk NA (CD) | B | Interest | | | Redeemed | 05/18/20 | M | A | |
| 40.  -Farmers & Merchants Bank (CD) | B | Interest | | | Redeemed | 09/28/20 | L | A | |
| 41.  -First General Bank (CD) | C | Interest | | | Redeemed | 08/17/20 | M | A | |
| 42.  -Goldman Sachs (CD) | C | Interest | | | Redeemed | 08/27/20 | M | | |
| 43.  -MUFG Union Bank (CD) | B | Interest | | | Redeemed | 06/10/20 | L | | |
| 44.  -STOCKS (H): | | | | | | | | | |
| 45.  -Air Products & Chem (APD) | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 46.  -AMN Elec Power Co (AEP) | A | Dividend | J | T | | | | | |
| 47.  -Astrazeneca Plc (AZN) | A | Dividend | K | T | | | | | |
| 48.  -AT&T Inc (T) | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 49.  -Automatic Data Proc (ADP) | A | Dividend | K | T | | | | | |
| 50.  -Biogen (BIIB) | | None | | | Sold | 01/24/20 | L | E | |
| 51.  -Bristol-Myers Squibb (BMY) | A | Dividend | K | T | Buy | 01/24/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Chubb (CB) | A | Dividend | J | T | | | | | |
| 53. -Citigroup (C) | A | Dividend | J | T | Buy | 01/24/20 | K | | |
| 54. -Coca-Cola Co (KO) | A | Dividend | K | T | | | | | |
| 55. -Corteva Inc. (CTVA) | | None | | | Sold | 01/24/20 | J | A | |
| 56. -Crown Castle Reit Inc (CCI) | A | Dividend | J | T | | | | | |
| 57. -Digital Realty (DLR) | A | Dividend | K | T | | | | | |
| 58. -Dow Inc (DOW) | | None | | | Sold | 01/24/20 | J | A | |
| 59. -DuPont de Nemours (DD) | | None | | | Sold | 01/24/20 | J | A | |
| 60. -Enbridge Inc (ENB) | A | Dividend | J | T | | | | | |
| 61. -General Motors (GM) | A | Dividend | J | T | | | | | |
| 62. -Hess Corp (HES) | | None | | | Sold | 01/24/20 | K | A | |
| 63. -Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 64. -JP Morgan Chase (JPM) | A | Dividend | K | T | | | | | |
| 65. -Lockheed Martin Corp (LMT) | A | Dividend | K | T | | | | | |
| 66. -McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 67. -Merck and Co (MRK) | A | Dividend | J | T | | | | | |
| 68. -Microsoft (MSFT) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Nextera Energy (NEE) | A | Dividend | K | T | | | | | |
| 70. -Paccar Inc (PCAR) | A | Dividend | K | T | | | | | |
| 71. -PPL Corp (PPL) | A | Dividend | J | T | | | | | |
| 72. -Royal Bank of Canada (RY) | A | Dividend | J | T | | | | | |
| 73. -Schlumberger Ltd (SLB) | A | Dividend | | | Sold | 01/24/20 | J | A | |
| 74. -Sysco Corp (SYY) | A | Dividend | J | T | | | | | |
| 75. -Target Corp (TGT) | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 76. -Toronto Dominion Bank (TD) | A | Dividend | K | T | | | | | |
| 77. -Total SA (TOT) | A | Dividend | J | T | | | | | |
| 78. -Verizon Communications (VZ) | A | Dividend | K | T | | | | | |
| 79. MERRILL LYNCH-IRA ACCT (with following) holdings) (H): | | | | | | | | | |
| 80. -CDs/CASH EQUIVALENT ACCTS (H): | | | | | | | | | |
| 81. -Bank of America (Cash Acct) | A | Interest | M | T | | | | | |
| 82. -CD Farmers & Merchs Bk W | C | Interest | | | Redeemed | 09/28/20 | M | A | |
| 83. -Morgan Stanley Pvt Bk (CD) | C | Interest | M | T | | | | | |
| 84. -Goldman Sachs Bk USA (CD) | C | Interest | N | T | | | | | |
| 85. -Seacoast Natl Bk (CD) | | None | M | T | Buy | 04/08/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Wells Fargo Bk W (CD) | A | Interest | L | T | | | | | |
| 87. -GNM P708950X | A | Interest | J | T | | | | | |
| 88. -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 89. -Calamos Market Neutral Fund (CMNIX) | B | Dividend | M | T | | | | | |
| 90. -iShares MSCI CDA Index Fund (EWC) | A | Dividend | K | T | | | | | |
| 91. -iShares MSCI Germany Index Fund (EWG) | A | Dividend | K | T | | | | | |
| 92. -iShares Trust S&P Midcap 400 Index Fund (IJH) | C | Dividend | M | T | | | | | |
| 93. -iShares S&P SmallCap 600 Index Fund (IJR) | B | Dividend | M | T | | | | | |
| 94. -iShares NASDAQ BioTech Index Fund (IBB) | A | Dividend | L | T | | | | | |
| 95. -iShares MSCI EAFE Index Fund (EFA) | C | Dividend | M | T | | | | | |
| 96. -iShares S&P Global Infrastr (IGF) | A | Dividend | K | T | | | | | |
| 97. -SPDR DJ Global Titans (DGT) | A | Dividend | K | T | | | | | |
| 98. -VanGuard Information Tech ETF (VGT) | A | Dividend | L | T | | | | | |
| 99. -VanGuard MSCI Emerging Mrkts ETF (VWO) | A | Dividend | K | T | | | | | |
| 100. -STOCKS (H): | | | | | | | | | |
| 101. -Abbott Labs (ABT) | B | Dividend | L | T | | | | | |
| 102. -Alphabet (GOOGL) | | None | L | T | Buy | 01/24/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Advansix Inc (ASIX) | | None | | | Sold | 01/24/20 | J | A | |
| 104.  -Amazon (AMZN) | | None | M | T | Buy<br>(add'l) | 01/24/20 | K | | |
| 105.  -Apple (APPL) | A | Dividend | M | T | | | | | |
| 106.  -Automatic Data Proc (ADP) | B | Dividend | | | Sold<br>(part) | 01/24/20 | L | E | |
| 107. | | | | | Sold | 06/17/20 | L | E | |
| 108.  -Blackrock (BLK) | B | Dividend | L | T | | | | | |
| 109.  -Capital One (COF) | A | Dividend | L | T | | | | | |
| 110.  -Chevron Corp (CVX) | B | Dividend | K | T | Buy | 06/19/20 | K | | |
| 111.  -Chubb Ltd (CB) | B | Dividend | | | Sold | 06/17/20 | L | D | |
| 112.  -CitiGroup Inc (C) | B | Dividend | L | T | | | | | |
| 113.  -Constellation Brands (STZ) | A | Dividend | K | T | Buy | 01/24/20 | K | | |
| 114.  -Costco Wholesale (COST) | C | Dividend | M | T | | | | | |
| 115.  -CVS Health Corp (CVS) | B | Dividend | K | T | | | | | |
| 116.  -Danaher Corp (DHR) | A | Dividend | L | T | | | | | |
| 117.  -Diageo Plc Spsd (DEO) | B | Dividend | L | T | | | | | |
| 118.  -Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 119.  -Emerson Elec (EMR) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Enbridge Inc (ENB) | C | Dividend | K | T | | | | | |
| 121.  -FedEx Corp Delaware (FDX) | A | Dividend | | | Sold | 01/24/20 | K | D | |
| 122.  -Fiserv Inc Wisc | | None | K | T | Buy | 06/19/20 | K | | |
| 123.  -Hess Corp (HES) | A | Dividend | K | T | | | | | |
| 124.  -Honeywell Intl (HON) | B | Dividend | M | T | Sold<br>(part) | 01/24/20 | J | D | |
| 125.  -Johnson and Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 126.  -Keurig/Dr. Pepper (KDP) | A | Dividend | | | Buy | 01/24/20 | K | | |
| 127. | | | | | Sold | 06/17/20 | K | A | |
| 128.  -Lockheed Martin Corp (LMT) | B | Dividend | L | T | | | | | |
| 129.  -McDonalds Corp (MCD) | B | Dividend | L | T | | | | | |
| 130.  -Microchip Tech Inc (MCHP) | A | Dividend | L | T | | | | | |
| 131.  -Microsoft Corp (MSFT) | A | Dividend | M | T | | | | | |
| 132.  -NextEra Energy (NEE) | B | Dividend | L | T | | | | | |
| 133.  -Oracle Corp (ORCL) | B | Dividend | L | T | | | | | |
| 134.  -Prologis Inc. (PLD) | A | Dividend | K | T | Buy | 06/19/20 | K | | |
| 135.  -Ross Stores Inc. (ROST) | | None | L | T | Buy | 06/19/20 | K | | |
| 136.  -Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Texas Inst (TXN) | B | Dividend | L | T | | | | | |
| 138.  -Thermo Fisher Scientific (TMO) | A | Dividend | M | T | | | | | |
| 139.  -Total S.A. (TOT) | A | Dividend | | | Sold | 06/17/20 | K | A | |
| 140.  -Union Pacific Corp (UNP) | B | Dividend | M | T | | | | | |
| 141.  -Verizon (VZ) | C | Dividend | L | T | | | | | |
| 142.  -VISA (V) | A | Dividend | M | T | Sold<br>(part) | 01/28/20 | J | D | |
| 143.  MERRILL LYNCH CMA Account | | | | | | | | | |
| 144.  --Bank of America N.A. (Cash account) | A | Interest | J | T | | | | | |
| 145.  -Abbott Labs (ABT) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 146.  -Alphabet Inc. (GOOGL) | | None | J | T | Buy | 02/11/20 | J | | |
| 147.  -Amazon.com Inc. (AMZN) | | None | J | T | Buy | 02/11/20 | J | | |
| 148.  -American Tower REIT Inc. (AMT) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 149.  -Apple Inc. (AAPL) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 150.  -Blackrock Inc. (BLK) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 151.  -Capital One Financial (COF) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 152.  -Chevron Corp (CVX) | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 153.  -Chubb Ltd (CB) | A | Dividend | | | Buy | 02/11/20 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 06/17/20 | J | A | |
| 155. -Cisco Systems Inc (CSCO) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 156. -Citigroup Inc. (C) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 157. -Constellation Brands (STZ) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 158. -Costco Wholesale Corp (COST) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 159. -Danaher Corp (DHR) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 160. -Fiserv Inc. (FISV) | | None | J | T | Buy | 06/17/20 | J | | |
| 161. -Honeywell Intl Inc. (HON) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 162. -JP Morgan Chase (JPM) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 163. -Keurig Dr Pepper Inc (KDP) | A | Dividend | | | Buy | 02/11/20 | J | | |
| 164. | | | | | Sold | 06/17/20 | J | A | |
| 165. -Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 166. -Microchip Technology Inc (MCHP) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 167. -Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 168. -NextEra Energy Inc. (NEE) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 169. -Pepsico Inc. | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 170. -Prologis Inc. (PLD) | A | Dividend | J | T | Buy | 02/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Ross Stores Inc (ROST) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 172.  -Sherwin Williams (SHW) | A | Dividend | | | Buy | 02/11/20 | J | | |
| 173. | | | | | Sold | 06/17/20 | J | | |
| 174.  -Sysco Corp (SYY) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 175.  -Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 176.  -Total S. A. SP ADR (TOT) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 177.  -Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 178.  -Visa Inc (V) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 179.  -Zoetis Inc (ZTS) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 180.        (D-2 Preferred stock) | | None | J | W | | | | | |
| 181.  Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 182.  Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA | A | Int./Div. | K | W | | | | | |
| 183.  Real Estate: Atlanta, GA (KP) | E | Rent | M | W | | | | | |
| 184.  Real Estate: Atlanta, GA (50% GP) | | None | M | W | | | | | |
| 185.  Real Estate: Highlands, NC | | None | N | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544